**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000053
16-MAY-2018
09:52 AM**

NO. CAAP-18-0000053

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MARIA DE LA LUZ BOUDREAU, Claimant-Appellant,
v.
MAUI ECONOMIC OPPORTUNITY, INC., Employer-Appellee
and
HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY,
Insurance Carrier-Appellee.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2017-207(M) (DCD No. 7-15-01562))

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of the letter filed on May 3, 2018, which this court will treat as a motion (**Motion**), by Claimant-Appellant Maria De La Luz Boudreau (**Appellant**), requesting withdrawal of the appeal, the record and files herein, and noting no opposition, it appears that Appellant seeks to dismiss the instant appeal, that the appeal has been docketed, and as such that Rule 42(b) of the Hawaiʻi Rules of Appellate Procedure applies.

THEREFORE, IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, May 16, 2018.

Chief Judge

Associate Judge

Associate Judge